No. 90–1544. HATCHETT *v.* UNITED STATES. C. A. 6th Cir. Motion of Federal Criminal Defense Association of Michigan et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1627. COMMISSIONER OF REVENUE SERVICES OF CONNECTICUT *v.* SFA FOLIO COLLECTIONS, INC. Sup. Ct. Conn. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 90–7483. D'AMARIO *v.* BUTLER HOSPITAL ET AL. C. A. 1st Cir. Motion of petitioner to strike Brief in Opposition and for sanctions denied. Certiorari denied.

No. 90–7506. RILEY *v.* DELAWARE. Sup. Ct. Del.; and

No. 90–7767. MCDOUGALL *v.* DIXON, WARDEN. C. A. 4th Cir. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–8052. PEREZ *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.